**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BJORN ERIK HAAPANIEMI, | ) Case No. 2:25-cv-05377-FWS-KS |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF UNITED |
| WARDEN BIRKHOLZ, FCI | ) STATES MAGISTRATE JUDGE |
| Terminal Island, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Petition, (Dkt. 10), Respondent's Motion to Dismiss, (Dkt. 16), the Report and Recommendation of the United States Magistrate Judge, (Dkt. 32 ("Report")), Petitioner's Objections thereto,[1] (Dkt. 40), and all the files and records of the case.

///

///

---

[1] The Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

1

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss, (Dkt. 16), is GRANTED; (2) this action is DISMISSED without prejudice as to Grounds One through Eight; (3) this action is DISMISSED with prejudice as to Ground Nine; (4) Petitioner is informed that he may file a section 2255 motion in the Sentencing Court if and when he receives leave from the Ninth Circuit to raise Grounds Two, Three, Seven, and/or Eight in a second or successive Section 2255 motion; (5) all other pending motions and requests (Dkts. 19-24, 30, 33) are DENIED as cumulative, frivolous, and moot; and (6) Petitioner's attempt to file a Fourth Amended Petition without seeking leave of Court, (Dkt. 34), is DENIED because it is procedurally improper and raises issues substantially similar to the issues already raised and addressed by the Court such that the amendment would be futile.  *Gonzalez v. Planned Parenthood of Los Angeles*, 759 F.3d 1112, 1116 (9th Cir. 2014) (futility of amendment can, by itself, justify the denial of a motion for leave to amend).

**IT IS SO ORDERED**.

Dated:  March 16, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2