JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BJORN ERIK HAAPANIEMI,** | **Case No. 2:25-cv-05377-FWS-KS** |
| **Petitioner,** | |
| **v.** | **JUDGMENT** |
| **WARDEN BIRKHOLZ, FCI Terminal Island,** | |
| **Respondent.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

Dated:  March 16, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE